WHITE *v.* ATLANTA CONSOLIDATED STREET RAILWAY CO.

From the evidence submitted by the plaintiff, the jury might have inferred negligence on the part of the defendant, and that the plaintiff's injury was caused thereby, without such contributory negligence on his part as would bar any and all recovery. It is not *per se* negligence for a person with something in each hand to board or attempt to board an electric street car whilst it is in the act of stopping to receive passengers and before it has come to a full stop. Such boarding or attempt may or may not be negligence, according to circumstances. In this case the circumstances were not so decisive as to dispense with a jury. The court erred in granting a nonsuit. The plaintiff had an umbrella in one hand and a handkerchief in the other. *Judgment reversed.*
May 15, 1893.

Action for damages. Before Judge VAN EPPS. City court of Atlanta. September term, 1892.

White sued for personal injuries, and was nonsuited. He testified: I was hurt by one of defendant's electric cars on Whitehall street, Atlanta, on a Saturday evening. I was with Bradwell. When we got to Whitehall street no car was in sight, and we walked along until we got to an alley between Hood and Cooper streets, a very wide block, when we saw it coming. I waved it down, and it came nearly to a standstill as it got to the alley. It was an open car going very slowly; I cannot tell exactly how fast; slowly enough for a child to step on. I had an umbrella in one hand and a handkerchief in the other. As the car passed the alley I started to get on, stepped up on the running board and attempted to catch hold of the hand-hold at the same time; did not get my hand on the hand-hold; just as I stepped up and caught at the hand-hold the car made a sudden and violent jerk which prevented my getting my hand

on the hand-hold, and knocked me to the ground. The car started off very swiftly. The fall crushed my right hip. I have often got on and off the car at that place. The car stopped there for passengers. I took the car at that point when I went from home to the factory where I worked.

Bradwell testified: When we got to the alley we saw a car coming, and we stopped. White waved the car down with something he had in his hand. The motorman turned off the current and put on brakes, and the car came nearly to a standstill; as it got to the alley it was going about as fast as a business man would walk. A child could have got on it without harm. It was coming down grade, and when it got a hundred yards from us, was running from sixteen to eighteen miles an hour. We attempted to get on the car. I stepped on the board by the side of the car, a plank or foot-board by the side of the car to step up on. Simultaneously with stepping on the foot-board I caught at the hand-hold on the car, but was thrown down before getting hold of it. The car made a violent jerk and started off with a whiz, and that prevented me from getting hold of the hand-hold and threw me to the ground. White was hurt; I was not.

Smith, Glenn & Smith and J. T. Pendleton, for plaintiff. N. J. & T. A. Hammond and E. M. & G. F. Mitchell, for defendant.